Sealed
Public and unofficial staff access to this instrument are prohibited by court order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
FEB 21 2024
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States v. Florencio "Lencho" Rendon | Criminal No. 4:24-cr-00089 |
| | SEALED CASE |

## NOTICE OF RELATED CASES

The United States of America hereby gives notice that a related case, *In re: Associated Press, et al*, Case No. 4:23-mc-1636, is currently pending in the Southern District of Texas before the Honorable Lee H. Rosenthal. The cases are related in that this case arises from the investigation that gave rise to the litigation in *In re: Associated Press, et al*, and involves substantially the same facts and evidence. The United States, therefore, respectfully requests that this criminal action be assigned to the Honorable Lee H. Rosenthal for purposes of judicial economy.

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice

JENNIFER KENNEDY GELLIE
Executive Deputy Chief
　　performing the duties of Chief
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice

By: _____
Marco A. Palmieri
Rosaleen O'Gara
Celia Choy
Attorneys for the United States

By: _____
Garrett Coyle
Attorney for the United States